Davida S Scher
FRANZINO & SCHER, LLC
900 Third Avenue, 17th Floor
New York, New York 10022
(212) 230-1140
*Attorneys for Defendant Smith Systems Transport, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HILLAIR CAPITAL INVESTMENTS, L.P.,

                                                Docket No. 12-cv-7164 (AKH)

         Plaintiff,                     NOTICE OF CROSS-MOTION
                                                TO AMEND ANSWER

         -against-

INTEGRATED FREIGHT CORPORATION et. al.,

         Defendants.
------------------------------------------------------------------X

     PLEASE TAKE NOTICE THAT, upon the annexed Affidavit of Monte Smith and the exhibits attached thereto, the undersigned will move this Court, in the Courtroom of Hon. Alvin Hellerstein, at the Courthouse located at 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Fed. R. Civ. Pro. 15 permitting Defendant Smith Systems, Inc. to amend its Answer to include further defenses.

     PLEASE TAKE FURTHER NOTICE that plaintiff's reply papers, if any, must be received at least ten business days before the return date by hand as moving party intends to file and serve reply papers. Such reply papers shall be served in hand at least two business days prior to return date.

Dated: New York, New York
March 4, 2015

                                          Respectfully submitted,

                                          FRANZINO & SCHER
                                          *Attorneys for Defendant Smith Systems*

                                          By: _____/s/ Davida S. Scher_____
                                               Davida S. Scher (DSS 9025)
                                               Franzino & Scher
                                               900 Third Avenue, 17th Floor
                                               New York, New York 10022
                                               (t) (212) 230-1140
                                               (f) (212) 230-1177


TO:    Ted Poretz
         Jordan Wolff
         ELLENOFF GROSSMAN & SCHOLE LLP
         *Attorneys for Plaintiff*
         150 East 42nd Street, 11th Floor
         New York, New York 10017
         (212) 370-1300