UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

HILLAIR CAPITAL INVESTMENTS, L.P.,

                           Plaintiff,

      -against-

INTEGRATED FREIGHT CORPORATION, et al.,

                           Defendants.
-------------------------------------------------------------- X

**ORDER FOR FINAL JUDGMENT**

12 Civ. 7164 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/15

ALVIN K. HELLERSTEIN, U.S.D.J.:

         On March 27, 2015, I entered summary judgment in favor of Plaintiff Hillair Capital Investments ("Plaintiff") against Smith Systems Transport, Inc. ("Smith"), Morris Transport, Inc. ("Morris"), Cross Creek Trucking, Inc., Paul Henley ("Henley"), Henry P. Hoffman ("Hoffman"), and Matthew A. Veal ("Veal") (collectively, "Defendants"). (Dkt. No. 62.) On April 10, 2015, Plaintiff then submitted a financial affidavit to calculate the total judgment against Defendants, as I requested in that Order. (Dkt. No. 63.)

         The clerk shall enter final judgment in the amount of $619,356.24 against Smith, Morris, and Henley, and in the amount of $284,256.96 against Hoffman and Veal, all jointly and severally, and close the case.

         SO ORDERED.

Dated:      April 30, 2015
              New York, New York

                                                 ALVIN K. HELLERSTEIN
                                                 United States District Judge